```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AHATI XIAHEINUER,

                              Plaintiff,

           -against-

KRISTI NOEM, *as Secretary of Department of Homeland Security, et al.*,

                            Defendants.

-----------------------------------------------------------------X

1:25-cv-2220-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated March 23, 2025, Dkt. No. 13, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than July 14, 2025. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's March 23, 2025 order forthwith and in any event no later than July 17, 2025.

      SO ORDERED.

Dated: July 15, 2025
New York, New York

                                                          GREGORY H. WOODS
                                                 United States District Judge